JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YING WEI,<br>Petitioner,<br>v.<br>JAMES JANECHA, et al.,<br>Respondents. | Case No. EDCV 26-4421 PVC<br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order,

IT IS HEREBY ADJUDGED THAT the Petition for Writ of Habeas Corpus is DENIED and Judgment is entered in favor of Respondents.

DATED: November 16, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE